

Harry A. Sieben, Jr.
John W. Carey
Mark G. Olive
James P. Carey
William O. Bongard
Arthur C. Kosieradzki
Susan M. Holden
Paul F. Schweiger
Paul K. Downes
Michael F. Scully
Cory P. Whalen
Jeffrey M. Montpetit
Jeffrey S. Sieben
Michael M. Miller
Shannon C. Carey
Marcia K. Miller
Matthew E. Steinbrink
Jason M. Eyberg
Danielle T. Bird
Anthony M. Rubin

Robert J. Hauer, Jr.
*of Counsel*

Duluth Technology Village
11 East Superior Street
Suite 240
Duluth, MN  55802

Office: 218-722-6848
Toll Free: 1-800-422-0612
Fax: 218-722-6841
www.knowyourrights.com

June 23, 2015

The Honorable Leo I. Brisbois
United States Magistrate Judge
Unitted States District Court
515 West First Street
417 Federal Building
Duluth, MN  55802

RE:   Bajwa, Muhammad Shahraiz, as Conservator on Behalf of Bajwa, Muhammad Shahzaib, v. Olsen, Peter M.D. and Cloquet Community Memorial Hospital
Court File No.:     0:14-cv-00862-LIB
Our File No.:       100665

Dear Magistrate Judge Brisbois:

I am writing to you on my behalf and that of Steven Schwegman, defense counsel in the referenced action.

The parties and their counsel engaged in a mediation yesterday and reached a settlement of the referenced action.  Because the Plaintiff in this action is a Conservator appointed by the St. Louis County District Court, Probate Division, the settlement must be approved by the St. Louis County District Court.  Steps are being taken to promptly Petition the St. Louis County District Court for approval of the settlement.

Mr. Schwegman and I are working on the terms of the Release and the Stipulation for Dismissal of the referenced action with prejudice and without costs to either party.

I am writing to advise you of the settlement in light of our trial setting before you on August 24, 2015.

Please let me and Mr. Schwegman know if you need any further information from us at this time. Thank you!

Sincerely,

Paul F. Schweiger
Attorney at Law

PFS:ejn
c:  Steven Schwegman
    Shahraiz Bajwa

100665/308/LITCT