UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Muhammad Shahraiz Bajwa, as Conservator on Behalf of Muhammad Shahzaib Bajwa,

Plaintiff,

v.

Peter T. Olsen, M.D. and Cloquet Community Memorial Hospital,

Defendants.

Civil Action No. 0:14-cv-00862

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled action having been fully compromised and settled, it is hereby stipulated and agreed by and between the parties hereto through their respective counsel that the above-entitled action may be and hereby is dismissed on the merits with prejudice and without costs and disbursements to any party.

Accordingly, the parties hereby apply jointly to the Court for an order directing entry of a judgment of dismissal with prejudice on the merits to be entered herein.

Dated: 28 July 2015

By: _____
Paul F. Schweiger, #98280
Attorney for Plaintiff
11 East Superior Street #240
Duluth, MN 55802
(218) 722-6848
(218) 722-6841 (Fax)

and

QUINLIVAN & HUGHES, P.A.

Dated: 7-7-15

By: _____
Steven R. Schwegman #161433
Attorney for Defendants
PO Box 1008
St. Cloud, MN 56302-1008
(320) 251-1414
(320) 251-1415 (Fax)

1