UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Muhammad Shahraiz Bajwa,     Court File No. 14-cv-862 (LIB)
as Conservator on Behalf of
Muhammad Shahzaib Bajwa,

        Plaintiff,

                                        ORDER OF DISMISSAL WITH
vs.                                     PREJUDICE and WITHOUT COSTS

Peter T. Olsen, M.D. and Cloquet
Community Memorial Hospital,

        Defendants.

Upon the Stipulation of the parties [Docket No. 28], it is --

HEREBY ORDERED:

1. That the above civil action is dismissed with prejudice on the merits and without costs to any party.

2. That Judgment is entered accordingly.

                                                       BY THE COURT:

Dated: August 12, 2015                             s/Leo I. Brisbois
                                                            Leo I. Brisbois
                                                             U.S. MAGISTRATE JUDGE