# UNITED STATES DISTRICT COURT
## District of Minnesota

Muhammad Shahraiz Bajwa, as Conservator on Behalf of Muhammad Shahzaib Bajwa,
                              Plaintiff,

v.

Peter T. Olsen, M.D. and Cloquet Community Memorial Hospital,

                              Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  14-cv-862 LIB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  That the above civil action is dismissed with prejudice on the merits and without costs to any party.

2.  That Judgment is entered accordingly.

Date: August 12, 2015

RICHARD D. SLETTEN, CLERK

s/J. Dunbar Fannemel

(By)  J. Dunbar Fannemel, Deputy Clerk